# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID W. CHARLES**  **PLAINTIFF**
**#112850**

V.  NO. 3:25-cv-00073-LPR-ERE

**RONNIE COLE,** *et al.*  **DEFENDANTS**

## ORDER

On April 18, 2025, mail sent to *pro se* plaintiff David W. Charles from the Court was returned as undeliverable with the notation "not in facility." *Doc. 7*.

Mr. Charles has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 5*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Charles about his lawsuit.

IT IS THEREFORE ORDERED THAT:

1. If Mr. Charles wants to pursue this case, he must notify the Court of his current address within 30 days.

2. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

SO ORDERED 22 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE