# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID W. CHARLES**                                                                   **PLAINTIFF**
**#112850**

**V.**                       **NO. 3:25-cv-00073-LPR-ERE**

**RONNIE COLE,** *et al.*                                                     **DEFENDANTS**

## **ORDER**

Dr. Darrell Elkin, through counsel, has moved to set aside service of process. *Doc. 27*. In his motion, Defendant Elkin explains that he is not employed by the Clay County Sheriff's Office or the Clay County Detention Center. Although a Clay County employee accepted service for Defendant Elkin, that employee did not know the employment status of Defendants Elkin. I agree that Defendant Elkin was not properly served. *See* FED. R. CIV. P. 4(e); *Barber v. Shock*, No. 4:08-cv-04115-HLJ, 2009 WL 856451 (E.D. Ark. March 30, 2009) (magistrate judge set aside service and process where purported defendant was no longer employed by the county and another employee accepted service).

IT IS THEREFORE ORDERED THAT:

1. Defendant Elkin's motion (*Doc. 27*) is GRANTED.

2. Service for Defendant Elkin will be set aside.[1]

---

[1] On May 12, 2025, the Court previously set aside another summons returned executed for Defendant Elkin and directed the Clerk to issue the new summons to

3. The Clerk is instructed to provide a new summons for Defendant Hope Burns.

4. The United States Marshal is directed to serve the reissued summons, the complaint (*Doc. 1*), with any attachments, and this Order on Defendant Burns at her last-known address, provided under seal (*Doc. 22*), without prepayment of fees or costs. Importantly, this Defendant's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

Date 18 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

Defendant Elkin through County Facility Healthcare of Arkansas, LLC, 209 Portia Circle, Hot Springs, AR 71913. *Doc. 16*. That summons remains outstanding.