## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DAVID W. CHARLES**                                                    **PLAINTIFF**
**#112850**

**V.**                          **NO. 3:25-cv-00073-LPR-ERE**

**RONNIE COLE,** *et al.*                                              **DEFENDANTS**

## ORDER

*Pro se* plaintiff David W. Charles has filed a motion for discovery asking the

Court to order "the State" to provide certain evidence. *Doc. 39*. For multiple reasons,

the motion is denied.

First, the motion appears to be asking for information related to a state-court

criminal case and references the Arkansas Rules of Criminal Procedure, which have

no relevance to this federal civil case. The information requested on the three-page

handwritten form has no possible relevance to Mr. Charles' pending medical

deliberate indifference claims.

The motion also contains a hand-written notation on the bottom of the first

page in which Mr. Charles again asks the Court to provide him the names of the

doctor and nurse that were working at the Clay County Detention Center from July

12, 2024, until August 31, 2024. As the Court previously explained to Mr. Charles,

it does not have that information. See Order filed on June 4, 2025, *Doc. 24* (denying

similar request). ***Mr. Charles must use the discovery process to request relevant***

***information about the appropriate parties to this lawsuit directly from Defendants,***

***through their counsel.*** [1]

Finally, Mr. Charles explains that Defendant Elkin and Burns were not working at the Clay County Detention Center on the dates in question and that Candy Fry was the Administrator. If Mr. Charles wants to amend his complaint to add Candy Fry as a Defendant and to dismiss Defendants Elkins and/or Burns, he may file a motion to amend his complaint.

IT IS THEREFORE ORDERED THAT:

1.    Mr. Charles' motion for discovery (*Doc. 39*) is DENIED.

2.    The Clerk is directed to provide Mr. Charles a copy of the docket sheet for this case.

DATED 18 August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is providing Mr. Charles with a copy of the docket sheet for this case, which contains the addresses of defense counsel in case he wants to send discovery requests to them or contact them directly.