IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID W. CHARLES**  **PLAINTIFF**
**#112850**

V.   NO. 3:25-cv-00073-LPR-ERE

**RONNIE COLE,** *et al.*   **DEFENDANTS**

## ORDER

*Pro se* plaintiff David W. Charles has filed a motion titled "motion to replace current complaint to a[n] amended complaint." *Doc. 46*. In his motion, Mr. Charles asks the Court to provide him a new 42 U.S.C. §1983 complaint form so that he may file an amended complaint naming the correct parties as Defendants.

IT IS HEREBY ORDERED THAT:

1. Mr. Charles' motion (*Doc.46*) is GRANTED.

2. The Clerk is instructed to provide Mr. Charles a new 42 U.S.C. §1983 complaint form.

SO ORDERED 5 November 2025.

_____
UNITED STATES MAGISTRATE JUDGE