IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID W. CHARLES**     **PLAINTIFF**
**ADC #112850**

v.     Case No. 3:25-cv-00073-LPR-ERE

**RONNIE COLE, et al.**     **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 44). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion to Dismiss (Doc. 43) is GRANTED. Plaintiff's claims against Defendants Darrell Elkin and Hope Burns are DISMISSED without prejudice. The Clerk is directed to terminate Defendants Darrell Elkin and Hope Burns as parties to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 21st day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE