## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAVID W. CHARLES**                                                    **PLAINTIFF**
**#112850**

**V.**                                   **NO. 3:25-cv-00073-LPR-ERE**

**RONNIE COLE,** *et al.*                                              **DEFENDANTS**

## ORDER

*Pro se* plaintiff David W. Charles has filed an amended complaint docketed as a motion to amend his complaint.[1] In his proposed amended complaint, Mr. Charles clarifies that the doctor working at the Clay County Detention Center ("Detention Center") during the relevant time period was Darrell Elkin and that Candy Fry was the Administrator of the Detention Center. Mr. Charles has now stated medical deliberate indifference claims against Defendants Elkin and Fry. Service of those claims is proper.

IT IS THEREFORE ORDEREED THAT:

1.      Mr. Charles' motion to amend his complaint (*Doc. 53*) is GRANTED.

2.      The Clerk is instructed to docket Mr. Charles' motion (*Doc. 53*) as a supplement to his complaint (*Doc. 2*).

---

[1] Federal Rule of Civil Procedure 15 allows a party to file an amended pleading once as a matter of course within 21 days of serving the original pleading. "In all other cases, a party may amend its pleading with the opposing party's written consent or the court's leave." FED. R. CIV. P. (a)(2).

3.      The Clerk is instructed to prepare summonses for Defendants Elkin and Fry.

4.      The United States Marshal is directed to serve each of these Defendants with a summons and a copy of the complaint and the supplement to the complaint (with any attachments), without requiring prepayment of fees and costs or security. Service for Defendant Elkin should be attempted through the law office of C. Burt Newell, Post Office Box 1620, Hot Springs, Arkansas 71902-1620. Service for Defendant Fry should be attempted through the Clay County Detention Center, 268 South 2nd Avenue, Piggott, Arkansas 72454.

SO ORDERED 10 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE