**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DAVID W. CHARLES**                                                              **PLAINTIFF**
**#112850**

**V.**                              **NO. 3:25-cv-00073-LPR-ERE**

**RONNIE COLE,** *et al.*                                              **DEFENDANTS**

## <u>ORDER</u>

Purported Defendant Candy Fry, through counsel,[1] has moved to set aside service of process. *Doc. 63*. For cause, the motion explains that Candy Fry is no longer employed by Clay County, the Clay County Sheriff's Office, or the Clay County Detention Center. In addition, the certified mail directed to purported Defendant Fry was not signed by any individual. *Doc. 60* (stating "green card not signed").

Because the attempted service of process on Candy Fry did not comply with procedural requirements for service of an individual by mail, it must be set aside. See FED. R. CIV. P. 4(e); *Barber v. Shock*, No. 4:08-cv-04115-HLJ, 2009 WL 856451 (E.D. Ark. March 30, 2009) (magistrate judge set aside service and process where purported defendant was no longer employed by the county and another employee accepted service).

---

[1] Ms. Fry appears for the sole and limited purpose of challenging service and does not waive service of process.

IT IS THEREFORE ORDERED THAT:

1.      Purported Defendant Fry's motion to set aside service of process (*Doc. 63*) is GRANTED.

2.      Service for Defendant Candy Fry will be set aside.

3.      Counsel for the County Defendants is instructed to provide a last-known address for Candy Fry to the Court, under seal, within fourteen days.

SO ORDERED 21 April 2026.


_____
UNITED STATES MAGISTRATE JUDGE